No. 538. CALVARESI ET AL. *v.* UNITED STATES; and

No. 548. SMALDONE ET AL. *v.* UNITED STATES. On petitions for writs of certiorari to the United States Court of Appeals for the Tenth Circuit. *Per Curiam:* In the interests of justice and in the exercise of the supervisory powers of this Court, certiorari is granted and the cases are severally reversed and remanded to the District Court for retrial before a different judge. *A. X. Erickson, W. H. Erickson* and *Albert E. Sherlock* for petitioners in No. 538. *Peyton Ford, Alan Y. Cole* and *F. E. Dickerson* for petitioners in No. 548. *Solicitor General Sobeloff, Assistant Attorney General Olney, Beatrice Rosenberg* and *Edward S. Szukelewicz* for the United States. Reported below: 216 F. 2d 891.